**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Ryja Group, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Sand Box 903, LLC**<br>**FKA  Sandbox Bar, LLC**<br>**DBA  Sandbox Sports Bar** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3487784** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7280 UTSA Blvd #110**<br>**San Antonio, TX 78249**<br>Number, Street, City, State & ZIP Code | **848 W. Rhapsody**<br>**San Antonio, TX 78216**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Bexar**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **https://thesandboxsa.com/**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Ryja Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
7224

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No
☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

| Debtor | **Ryja Group, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .  *Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☑ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☑ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Ryja Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/31/2024**
             MM / DD / YYYY

**X** */s/ Roland Martinez*          **Roland Martinez**
Signature of authorized representative of debtor    Printed name

Title   **authorized representative of Rio Mambo Sonterra, Inc., Debtor's Manager**

---

**18. Signature of attorney**

**X** */s/ H. Anthony Hervol*      Date **01/31/2024**
Signature of attorney for debtor         MM / DD / YYYY

**H. Anthony Hervol 00784264**
Printed name

**Law Office of H. Anthony Hervol**
Firm name

**22211 IH-10 West, Suite 1206-168**
**San Antonio, TX 78257**
Number, Street, City, State & ZIP Code

Contact phone   **(210) 522-9500**      Email address   **hervol@sbcglobal.net**

**00784264 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Ryja Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **01/31/2024**      X **/s/ Roland Martinez**
                                        Signature of individual signing on behalf of debtor

                                        **Roland Martinez**
                                        Printed name

                                        **authorized representative of Rio Mambo Sonterra, Inc., Debtor's Manager**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Ryja Group, LLC** | |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alana Rivera Dorian Angel Trueba c/o Villarreal & Begum Law Firm 5826 IH-10 West San Antonio, TX 78201** | | **Contingent claim** | **Contingent Unliquidated** | | | $0.00 |
| **Anthony Brown c/o Justin P. Nichols 309 W Dewey Pl PMB B201-540 San Antonio, TX 78212** | | **Contingent claims** | **Contingent Unliquidated** | | | $0.00 |
| **Cintas P.O. Box 88005 Chicago, IL 60680-1005** | | **Laundry service** | | | | $1,359.89 |
| **CPS Energy P.O. Box 2678 San Antonio, TX 78289-0001** | | **Utility** | | | | $2,464.46 |
| **Diego Buitrado c/o Leibowitz Law Firm, PLLC 517 Soledad Street San Antonio, TX 78205** | | **Contingent Claim** | **Contingent Unliquidated** | | | $0.00 |
| **Edward Castaneda c/o Jim Adler & Associates 7330 San Pedro Ave, Ste. 700 San Antonio, TX 78216-6237** | | **Contingent claim** | **Contingent Unliquidated** | | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Ryja Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fatima Tessier c/o Richard Sarabia Khatter Law, PC 1616 San Pedro Ave. San Antonio, TX 78212** | | **Contingent claim** | **Contingent Unliquidated** | | | $0.00 |
| **First Insurance Funding 450 Skokie Blvd., Ste. 1000 Northbrook, IL 60062-7917** | | **Insurance** | **Contingent** | | | $3,700.68 |
| **Grey Forest Utilities 14570 Bandera Road Helotes, TX 78023** | | **Utility** | | | | $445.95 |
| **Heriberto Aviles, III c/o Augustin Arredondo, Jr. 2002 Babcock Rd. San Antonio, TX 78229** | | **Contingent claim** | **Contingent Unliquidated** | | | $0.00 |
| **NuCO P.O. Box 9011 Stuart, FL 34995** | | **Supplier** | | | | $394.20 |
| **Real Granite, Inc. 848 W. Rhapsody San Antonio, TX 78216** | | **Construction loan** | | | | $526,501.20 |
| **Rio Mambo Sonterra, Inc. P.O. Box 782364 San Antonio, TX 78278** | | **Construction loan** | | | | $422,480.98 |
| **Roland Martinez 1454 Blue Crest San Antonio, TX 78232** | | **Operating loan** | | | | $28,189.50 |
| **Shea Soria 24 Villa Verde San Antonio, TX 78230** | | **Operating loan** | | | | $11,979.89 |
| **Society Insurance P.O. Box 856377 Minneapolis, MN 55485-6377** | | **Insurance** | **Contingent** | | | $16,921.31 |
| **Spec's Liquor 1340 Airport Commerce Dr. Austin, TX 78741** | | **Supplier** | | | | $15,923.75 |
| **Spectrum Business P.O. Box 60074 City of Industry, CA 91716** | | **Utility** | | | | $500.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor   **Ryja Group, LLC**
_____     Case number *(if known)*   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State Comptroller of Public Accounts Revenue Accounting Division Bankruptcy Section P.O. Box 13528 Austin, TX 78711** | | **Mix Bev/Sales & Use Tax** | | | | **$22,283.50** |
| **Tina Bertagni c/o  Russell W. Endsley Thomas J. Henry Law 521 Starr St Corpus Christi, TX 78401** | | **Contingent claims** | **Contingent Unliquidated** | | | **$0.00** |

# United States Bankruptcy Court
## Western District of Texas

In re   **Ryja Group, LLC**

_____
Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the authorized representative of Rio Mambo Sonterra, Inc., Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **01/31/2024**
_____

**/s/ Roland Martinez**
_____
**Roland Martinez/authorized representative of Rio Mambo
Sonterra, Inc., Debtor's Manager**
Signer/Title

United States Trustee
615 E Houston Street, Ste 533
San Antonio, TX 78205


Alana Rivera
Dorian Angel Trueba
c/o Villarreal & Begum Law Firm
5826 IH-10 West
San Antonio, TX 78201


Anthony Brown
c/o Justin P. Nichols
309 W Dewey Pl PMB B201-540
San Antonio, TX 78212


Attorney General of the United States
Main Justice Building, Room 5111
10th and Constitution Ave., N.W.
Washington, DC 20530


Auto-Chlor Services, LLC
P.O. Box 669126
Dallas, TX 75266-9126


Bexar County Tax Assessor-Collector
P.O. Box 839950
San Antonio, TX 78283-3950


Cintas
P.O. Box 88005
Chicago, IL 60680-1005


CPS Energy
P.O. Box 2678
San Antonio, TX 78289-0001


Diego Buitrado
c/o Leibowitz Law Firm, PLLC
517 Soledad Street
San Antonio, TX 78205


Easy Ice, LLC
925 W. Washington St.
Marquette, MI 49855

Edward Castaneda
c/o Jim Adler & Associates
7330 San Pedro Ave, Ste. 700
San Antonio, TX 78216-6237


Fatima Tessier
c/o Richard Sarabia
Khatter Law, PC
1616 San Pedro Ave.
San Antonio, TX 78212


First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062-7917


Grey Forest Utilities
14570 Bandera Road
Helotes, TX 78023


Heriberto Aviles, III
c/o Augustin Arredondo, Jr.
2002 Babcock Rd.
San Antonio, TX 78229


Internal Revenue Service - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


NuCO
P.O. Box 9011
Stuart, FL 34995


Productive Management Partners, Ltd.
29368 Raintree Ridge
Fair Oaks, TX 78015-4430


Real Granite, Inc.
848 W. Rhapsody
San Antonio, TX 78216


Rio Mambo Sonterra, Inc.
P.O. Box 782364
San Antonio, TX 78278

Roland Martinez
1454 Blue Crest
San Antonio, TX 78232

Shea Soria
24 Villa Verde
San Antonio, TX 78230

Society Insurance
P.O. Box 856377
Minneapolis, MN 55485-6377

Spec's Liquor
1340 Airport Commerce Dr.
Austin, TX 78741

Spectrum Business
P.O. Box 60074
City of Industry, CA 91716

State Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711

Tina Bertagni
c/o Russell W. Endsley
Thomas J. Henry Law
521 Starr St
Corpus Christi, TX 78401

U.S. Small Business Administration
Little Rock Comm'l Loan Servicing Cntr
2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

United States Attorney/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

United States Attorney/SBA
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

# United States Bankruptcy Court
## Western District of Texas

In re    **Ryja Group, LLC**        Case No. _____

               Debtor(s)        Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ryja Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Rio Mambo Sonterra, Inc.**
**P.O. Box 782364**
**San Antonio, TX 78278-2364**

☐ None [*Check if applicable*]

_____
**January 31, 2024**
Date

**/s/ H. Anthony Hervol**
**H. Anthony Hervol 00784264**
Signature of Attorney or Litigant
Counsel for   **Ryja Group, LLC**
**Law Office of H. Anthony Hervol**
**22211 IH-10 West, Suite 1206-168**
**San Antonio, TX 78257**
**(210) 522-9500 Fax:(210) 522-0205**
**hervol@sbcglobal.net**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **RYJA GROUP, LLC,** | § | **CASE NO. 24-5_____-____** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

## DECLARATION OF ROLAND MARTINEZ

I, Roland Martinez, declare as follows:

1.      My name is Roland Martinez.  I am over 18 years of age and am fully competent to make this Declaration.   The facts stated in this Declaration are based upon my personal knowledge and are true and correct. I submit this Declaration as required by 11 U.S.C. §1116(1).

2.      Attached hereto is the most recently filed federal income tax return for Ryja Group, LLC, which contains the most recently prepared statement of operations and balance sheet for the Debtor.  To the best of my knowledge, no cash flow statement has been previously prepared other than what may be contained in the tax return.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _31st__ day of January, 2024.


___/s/ Roland Martinez _____
Roland Martinez, authorized representative of
Rio Mambo Sonterra, Inc., Manager of the Debtor

# U.S. Return of Partnership Income

Form **1065**
Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year beginning , ending .
Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2022**

| | | |
|---|---|---|
| **A** Principal business activity<br><br>**BAR** | Name of partnership<br><br>**SANDBOX BAR LLC** | **D** Employer identification number<br><br>███████**784** |
| **B** Principal product or service<br><br>**FOOD/BEVERAG** | Type or Print — Number, street, and room or suite no. If a P.O. box, see instructions.<br><br>**P.O. Box 782364** | **E** Date business started<br><br>**09/01/2018** |
| **C** Business code number<br><br>**722410** | City or town, state or province, country, and ZIP or foreign postal code<br><br>**San Antonio        TX 78278-2364** | **F** Total assets (see instructions)<br>$ **1,535,039** |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify):
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: .......... **3**
**J** Check if Schedules C and M-3 are attached .............. ☐
**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| | | | |
|---|---|---|---|
| **1a** | Gross receipts or sales | 1a  3,107,047 | |
| **b** | Returns and allowances | 1b | |
| **c** | Balance. Subtract line 1b from line 1a | **1c** | **3,107,047** |
| **2** | Cost of goods sold (attach Form 1125-A) | **2** | **1,524,590** |
| **3** | Gross profit. Subtract line 2 from line 1c | **3** | **1,582,457** |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | **4** | |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) | **5** | |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **6** | |
| **7** | Other income (loss) (attach statement) | **7** | |
| **8** | **Total income (loss).** Combine lines 3 through 7 | **8** | **1,582,457** |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| **9** | Salaries and wages (other than to partners) (less employment credits) | **9** | **90,986** |
| **10** | Guaranteed payments to partners | **10** | |
| **11** | Repairs and maintenance | **11** | **93,233** |
| **12** | Bad debts | **12** | |
| **13** | Rent | **13** | **231,587** |
| **14** | Taxes and licenses | **14** | |
| **15** | Interest (see instructions)  See Statement 1 | **15** | **20,983** |
| **16a** | Depreciation (if required, attach Form 4562)  16a  77,059 | | |
| **b** | Less depreciation reported on Form 1125-A and elsewhere on return  16b | **16c** | **77,059** |
| **17** | Depletion **(Do not deduct oil and gas depletion.)** | **17** | |
| **18** | Retirement plans, etc. | **18** | |
| **19** | Employee benefit programs | **19** | **2,600** |
| **20** | Other deductions (attach statement)  See Statement 2 | **20** | **796,031** |
| **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | **21** | **1,312,479** |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 | **22** | **269,978** |

### Tax and Payment

| | | | |
|---|---|---|---|
| **23** | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | **23** | |
| **24** | Interest due under the look-back method—income forecast method (attach Form 8866) | **24** | |
| **25** | BBA AAR imputed underpayment (see instructions) | **25** | |
| **26** | Other taxes (see instructions) | **26** | |
| **27** | **Total balance due.** Add lines 23 through 26 | **27** | |
| **28** | Payment (see instructions) | **28** | |
| **29** | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | **29** | |
| **30** | **Overpayment.** If line 28 is larger than line 27, enter overpayment | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member                    Date

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Print/Type preparer's name<br>Dustin Michalak, CPA | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>P01249917 |
| | Firm's name  **Michalak, PC** | | | Firm's EIN | █████**358** |
| | Firm's address  **17102 Hwy 46W, Ste 15**<br>**Spring Branch, TX    78070** | | | Phone no. | **830-885-2090** |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2022)

DAA

Form 1065 (2022)  **SANDBOX BAR LLC**  ▮▮▮▮▮▮▮**784**  Page **2**

## Schedule B  Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | Domestic general partnership  **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company  **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership  **f** ☐ Other: | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2022, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

Form **1065** (2022)

DAA

Form 1065 (2022)  **SANDBOX BAR LLC**                    ██████ **784**                    Page **3**

### Schedule B    Other Information  *(continued)*

|  |  | Yes | No |
|---|---|---|---|
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ..................................................................................... ☐ |  |  |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? ........................................................................................... |  | **X** |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions **0** |  |  |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership .................................... |  | **X** |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ....................................................................................................................... **0** |  |  |
| 16a | Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions .............. |  | **X** |
| b | If "Yes," did you or will you file required Form(s) 1099? ....................................................................... |  |  |
| 17 | Enter the number of Form 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return ............................................................................................................ **0** |  |  |
| 18 | Enter the number of partners that are foreign governments under section 892 ........................................ **0** |  |  |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? .......... |  | **X** |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 .................................................................................................................... |  | **X** |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? .............. |  | **X** |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions ........................................................ |  | **X** |
|  | If "Yes," enter the total amount of the disallowed deductions .................................... $ |  |  |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ..................................................................... | **X** |  |
| 24 | Does the partnership satisfy one or more of the following? See instructions ............................................ |  | **X** |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. |  |  |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the partnership has business interest. |  |  |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. |  |  |
|  | If "Yes" to any, complete and attach Form 8990. |  |  |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? ................................... |  | **X** |
|  | If "Yes," enter the amount from Form 8996, line 15 ............................................................... $ |  |  |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ........................................ **0** |  |  |
|  | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. |  |  |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? .......................................................................... |  | **X** |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. |  |  |
|  | Percentage:                   By vote:                   By value: |  | **X** |
| 29 | Reserved for future use ................................................................................................................ |  |  |
| 30 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. |  | **X** |
|  | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ...................................................................................................................... _____ |  |  |
|  | If "No," complete Designation of Partnership Representative below. |  |  |

**Designation of Partnership Representative**  (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR    **RIO MAMBO SONTERRA, INC.**

| U.S. address of PR | **P.O. Box 782364** | U.S. phone number of PR |  |
|---|---|---|---|
|  | **San Antonio        TX 78278-2364** |  | **210-732-8350** |

If the PR is an entity, name of the designated individual for the PR    **SHEA SORIA**

| U.S. address of designated individual | **848 WEST RHAPSODY** | U.S. phone number of designated individual |  |
|---|---|---|---|
|  | **SAN ANTONIO        TX 78216** |  | **210-732-8350** |

DAA                                                                                                    Form **1065** (2022)

Form 1065 (2022)  **SANDBOX BAR LLC** ▮▮▮▮**784** Page **4**

| | Schedule K | Partners' Distributive Share Items | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 22) | | **1** | 269,978 |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | | **2** | |
| | **3a** | Other gross rental income (loss) | 3a | | |
| | **b** | Expenses from other rental activities (attach statement) | 3b | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| | **4** | Guaranteed payments: **a** Services 4a | **b** Capital 4b | | |
| | **c** | Total. Add lines 4a and 4b | | **4c** | |
| | **5** | Interest income | | **5** | 18,794 |
| | **6** | Dividends and dividend equivalents: **a** Ordinary dividends | | **6a** | |
| | **b** | Qualified dividends 6b | **c** Dividend equivalents 6c | | |
| | **7** | Royalties | | **7** | |
| | **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | **8** | |
| | **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | **9a** | |
| | **b** | Collectibles (28%) gain (loss) | 9b | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) | 9c | | |
| | **10** | Net section 1231 gain (loss) (attach Form 4797) | | **10** | |
| | **11** | Other income (loss) (see instructions) Type: | | **11** | |
| **Deductions** | **12** | Section 179 deduction (attach Form 4562) | | **12** | 0 |
| | **13a** | Contributions | | **13a** | |
| | **b** | Investment interest expense | | **13b** | |
| | **c** | Section 59(e)(2) expenditures:(1) Type: **(2)** Amount: | | **13c(2)** | |
| | **d** | Other deductions (see instructions) Type: | | **13d** | |
| **Self-Employ-ment** | **14a** | Net earnings (loss) from self-employment | | **14a** | 121,490 |
| | **b** | Gross farming or fishing income | | **14b** | |
| | **c** | Gross nonfarm income | | **14c** | 712,106 |
| **Credits** | **15a** | Low-income housing credit (section 42(j)(5)) | | **15a** | |
| | **b** | Low-income housing credit (other) | | **15b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **15c** | |
| | **d** | Other rental real estate credits (see instructions) Type: | | **15d** | |
| | **e** | Other rental credits (see instructions) Type: | | **15e** | |
| | **f** | Other credits (see instructions) Type: **See Statement 3** | | **15f** | 57,357 |
| **Inter-national** | **16** | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items—International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** | Post-1986 depreciation adjustment | | **17a** | |
| | **b** | Adjusted gain or loss | | **17b** | |
| | **c** | Depletion (other than oil and gas) | | **17c** | |
| | **d** | Oil, gas, and geothermal properties–gross income | | **17d** | |
| | **e** | Oil, gas, and geothermal properties–deductions | | **17e** | |
| | **f** | Other AMT items (attach statement) | | **17f** | |
| **Other Information** | **18a** | Tax-exempt interest income | | **18a** | |
| | **b** | Other tax-exempt income | | **18b** | |
| | **c** | Nondeductible expenses **See Statement 4** | | **18c** | 57,357 |
| | **19a** | Distributions of cash and marketable securities | | **19a** | |
| | **b** | Distributions of other property | | **19b** | |
| | **20a** | Investment income | | **20a** | 18,794 |
| | **b** | Investment expenses | | **20b** | |
| | **c** | Other items and amounts (attach statement) **See Statement 5** | | | |
| | **21** | Total foreign taxes paid or accrued | | **21** | |

Form **1065** (2022)

DAA

Form 1065 (2022)  **SANDBOX BAR LLC**  █████784  Page **5**

## Analysis of Net Income (Loss) per Return

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 | **1** | | | **288,772** |
|---|---|---|---|---|---|

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | 115,509 | 173,263 | | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 55,853 | | 178,673 |
| 2a | Trade notes and accounts receivable | 22,966 | | 18,974 | |
| b | Less allowance for bad debts | | 22,966 | | 18,974 |
| 3 | Inventories | | 26,907 | | 38,437 |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement)  See Stmt 6 | | 40,227 | | 23,937 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 1,925,315 | | 2,005,222 | |
| b | Less accumulated depreciation | 486,952 | 1,438,363 | 730,204 | 1,275,018 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 1,584,316 | | 1,535,039 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 95,568 | | 85,993 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | 540,202 | | 553,450 |
| 17 | Other current liabilities (attach statement)  See Stmt 7 | | 43,411 | | 33,657 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 1,041,536 | | 899,033 |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | -136,401 | | -37,094 |
| 22 | Total liabilities and capital | | 1,584,316 | | 1,535,039 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 99,307 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | a | Depreciation  $ | |
| a | Depreciation  $   132,108 | | | | |
| b | Travel and entertainment  $ | | | | |
| | See Statement 8   57,357 | 189,465 | 8 | Add lines 6 and 7 | |
| | | | 9 | Income (loss) (Analysis of Net Income | |
| 5 | Add lines 1 through 4 | 288,772 | | (Loss), line 1). Subtract line 8 from line 5 | 288,772 |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -459,273 | 6 | Distributions:  a  Cash | |
| 2 | Capital contributed:  a  Cash | | | b  Property | |
| | b  Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) (see instructions) | 231,415 | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -227,858 | 9 | Balance at end of year. Subtract line 8 from line 5 | -227,858 |

DAA  Form **1065** (2022)

| Form **1125-A** | **Cost of Goods Sold** | OMB No. 1545-0123 |
|---|---|---|
| (Rev. November 2018) | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065. | |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/Form1125A* for the latest information. | |

| Name | Employer identification number |
|---|---|
| SANDBOX BAR LLC | ████ 784 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | 26,907 |
| 2 | Purchases | **2** | 1,187,558 |
| 3 | Cost of labor | **3** | 209,502 |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule)      **See Statement 9** | **5** | 139,060 |
| 6 | **Total.** Add lines 1 through 5 | **6** | 1,563,027 |
| 7 | Inventory at end of year | **7** | 38,437 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 1,524,590 |

**9a**   Check all methods used for valuing closing inventory:

     (i)   [X] Cost

     (ii)   [ ] Lower of cost or market

     (iii)   [ ] Other (Specify method used and attach explanation.)   ▶

**b**   Check if there was a writedown of subnormal goods   ▶ [ ]

**c**   Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)   ▶ [ ]

**d**   If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO   **9d**

**e**   If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions   [ ] Yes   [ ] No

**f**   Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation   [ ] Yes   [ ] No

**For Paperwork Reduction Act Notice, see instructions.**      Form **1125-A** (Rev. 11-2018)

DAA

| Form **4562** | **Depreciation and Amortization** <br>**(Including Information on Listed Property)** <br>**Attach to your tax return.** <br>Go to *www.irs.gov/Form4562* **for instructions and the latest information.** | OMB No. 1545-0172 <br>**2022** <br>Attachment Sequence No. **179** |
|---|---|---|

Department of the Treasury
Internal Revenue Service

Name(s) shown on return: **SANDBOX BAR LLC**     Identifying number: ███████**784**

Business or activity to which this form relates: **RESTAURANT AND BAR**

### Part I — Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,080,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,700,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | 45,818 |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

### Part III — MACRS Depreciation (Don't include listed property. See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | **17** | 31,241 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

#### Section B—Assets Placed in Service During 2022 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C—Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 77,059 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

**For Paperwork Reduction Act Notice, see separate instructions.**      Form **4562** (2022)

DAA

There are no amounts for Page 2

Form **8846**

Department of the Treasury
Internal Revenue Service

### Credit for Employer Social Security and Medicare Taxes Paid on Certain Employee Tips

**Attach to your tax return.**
**Go to** *www.irs.gov/Form8846* **for the latest information.**

OMB No. 1545-0123

**2022**

Attachment
Sequence No. **846**

Name(s) shown on return

**SANDBOX BAR LLC**

Identifying number

████████784

**Note:** Claim this credit **only** for employer social security and Medicare taxes paid by a food or beverage employer where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | | |
|---|---|---|---|
| **1** | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) | **1** | 749,770 |
| **2** | Tips not subject to the credit provisions (see instructions) | **2** | |
| **3** | Creditable tips. Subtract line 2 from line 1 | **3** | 749,770 |
| **4** | Multiply line 3 by 7.65% (0.0765). If you had any tipped employees whose wages (including tips) exceeded $147,000, see instructions and check here ☐ | **4** | 57,357 |
| **5** | Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations | **5** | |
| **6** | Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 4f | **6** | 57,357 |

**For Paperwork Reduction Act Notice, see instructions.**

Form **8846** (2022)

DAA

■■■784

# Federal Statements

## Statement 1 - Form 1065, Page 1, Line 15 - Interest

| Description | Amount |
|---|---|
| Interest Expense | $    20,983 |
| Total | $    20,983 |

## Statement 2 - Form 1065, Page 1, Line 20 - Other Deductions

| Description | Amount |
|---|---|
| Office Supplies | $     2,439 |
| Security | 288,809 |
| Cable/Internet | 50,668 |
| Music & Lighting | 11,567 |
| Decorations | 9,354 |
| Advertising  & Promotions | 44,715 |
| Cleaning Services | 24,634 |
| Cleaning Supplies | 12,675 |
| Electricity | 48,541 |
| Natural Gas | 10,033 |
| Telephone | 2,228 |
| Alarm Service | 1,541 |
| Insurance | 26,391 |
| Postage | 350 |
| Bank Service Charges | 241 |
| Dues & Subscriptons | 4,542 |
| Accounting Fees | 9,275 |
| Legal Fees | 13,812 |
| Payroll Processing | 4,356 |
| Fuel | 3,282 |
| Disc Jockeys | 210,229 |
| Games & Other Entertainment | 148 |
| Employee Meetings | 1,026 |
| Consulting Services | 250 |
| Professional Fees | 14,925 |
| Total | $   796,031 |

## Statement 3 - Form 1065, Schedule K, Line 15f - Other Credits

| Description | Amount |
|---|---|
| Credit for Taxes Paid on Tips | $    57,357 |
| Total | $    57,357 |

## Statement 4 - Form 1065, Schedule K, Line 18c - Nondeductible Expenses

| Description | Amount |
|---|---|
| Tax Credit Adjustment | $    57,357 |
| Total | $    57,357 |

1-4

784 | **Federal Statements**

## Statement 5 - Form 1065, Schedule K, Line 20c - Other Items and Amounts

| Description | Amount |
|---|---|
| See attached Section 199A Information Worksheet | $ |

## Statement 6 - Form 1065, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| Prepaid - Insurance | $    19,650 | $     4,100 |
| Prepaid - Other | 20,577 | 19,837 |
| Total | $    40,227 | $    23,937 |

## Statement 7 - Form 1065, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| AP-Health Ins | $       756 | $ |
| AP-Dental | 43 | |
| AP-Vision | 22 | |
| Accrued-MX Bev Sales Tax | 19,571 | 13,590 |
| Accrued-MX Bev Gross Rcpt Tax | 15,894 | 11,037 |
| Accrued-Sales Tax | 2,330 | 2,404 |
| Acer Per Prop Tax | 4,795 | 4,209 |
| Franchise tax payable | | 2,417 |
| Total | $    43,411 | $    33,657 |

## Statement 8 - Form 1065, Schedule M-1, Line 4 - Expenses Recorded on Books, Not on Sch K

| Description | Amount |
|---|---|
| Tax Credit Adjustment | $    57,357 |
| Total | $    57,357 |

# Federal Statements

## Statement 9 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---:|
| Liquor License | $    3,648 |
| Equip   Lease |      8,433 |
| Equip Lease-Kitch |      2,413 |
| Equip Maint-Kitch |      1,486 |
| POS System |      4,620 |
| POS System-Kitch |      1,020 |
| Permits |        454 |
| Sales Tax-Bar |       -679 |
| Sales Tax-Kitch |       -635 |
| Credit Card Fees |     77,524 |
| Cash Over/Short |        488 |
| Permits-Kitch |      1,343 |
| Repairs and Maintenance |        709 |
| Bottle Service |     38,236 |
| Total | $   139,060 |

Year Ending: December 31, 2022 784

SANDBOX BAR LLC
P.O. Box 782364
San Antonio, TX   78278-2364

## Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Under Regulation 1.263(a)-1(f), the taxpayer hereby elects to apply the de minimis safe harbor election to all qualifying property placed in service during the tax year.